USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JOSUE ABRAHAMS GARCIA,

                Defendant.

25 Cr. 0115 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court will hold an initial conference on **April 15, 2025** at **1:30 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.  Counsel for the parties shall consult in advance and agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

    SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                               *Jennifer H. Rearden*
                                        JENNIFER H. REARDEN
                                        United States District Judge