UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25 Cr. 115 (JHR) |
| -v.- | ORDER |
| JOSUE ABRAHAMS GARCIA, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

It is hereby ORDERED that:

1.  As discussed on the record on April 15, 2025, trial will commence on September 16, 2025.

2.  Any trial memoranda, as well as proposed *voir dire*, proposed jury instructions, and proposed verdict forms, shall be filed by **August 19, 2025**.  Any oppositions to trial memoranda shall be filed by **September 2, 2025**.[1]  The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

3.  A final pretrial conference will be held on **September 4, 2025** at **12:00 p.m.**  The conference will occur in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

---

[1] In accordance with the Court's Order on April 15, 2025, Defendant's pretrial motions were filed on July 1, 2025, *see* ECF No. 18, and the Government's oppositions were filed on July 22, 2025, *see* ECF No. 19.  Defendant's replies, if any, are due on August 5, 2025.

SO ORDERED.

Dated: August 5, 2025
      New York, New York

JENNIFER H. REARDEN
United States District Judge