# THE CASSAR LAW FIRM, P.C.

**13 East Carver Street**
**Huntington Village, New York 11743**
**Telephone (631) 271-6596**
**Facsimile (631) 351-0196**
cjcassar@cassarlaw.com

*Christopher J. Cassar, Esq.†\**
*Pierre Bazile, Esq.\**

_____
† ADMITTED IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT
   AND THE EASTERN, SOUTHERN & NORTHERN U.S. DISTRICT COURTS OF NEW YORK
\* ADMITTED IN THE EASTERN & SOUTHERN U.S. DISTRICT COURTS OF NEW YORK

<u>*Nassau County Office*</u>:
*1205 Franklin Ave # 150*
*Garden City, NY 11530*
*(Appointment Only)*
*(Not for Service of Papers)*

August 5, 2025

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:  USA v. Josue Abrahams Garcia
          1:25-cr-00115-JHR-1
      Request for an Extension

> Application GRANTED. The deadline for Defendant's reply is extended *nunc pro tunc* to **August 13, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 20.
>
> SO ORDERED.
>
> *[signature]*
> Jennifer H. Rearden, U.S.D.J.
> Dated: August 6, 2025

Dear Judge Rearden:

    As you know, this office represents the Defendant, Josue Abrahams Garcia, in the above referenced matter. I am requesting an extension until August 13, 2025 to file the Defendant's Reply to the Government's Opposition to the Defendant's Motion.

(1) the original due date for the Defendant's Reply is August 5, 2025;
(2) the number of previous requests for adjournment or extensions of time; None
(3) whether those previous requests were granted or denied; N/A
(4) the reason for the requested extension; Counsel must finalize the Defendant's reply with the Defendant in person which requires a counsel visit at MDC with an interpreter which can be accomplished the weekend of August 9, 2025;
(5) the adversary does consents; and
(6) the date of the parties' next scheduled appearance before the Court is September 16, 2025. No other existing deadlines, and the requested adjournment or extension would not affect those other deadlines or any other scheduled dates.

August 5, 2025

Hon. Jennifer H. Rearden
Page 2

      Thank you for your time and consideration.

                                                  Very truly yours,

                                                  *Christopher J. Cassar, Esq.*
                                                  Christopher J. Cassar, Esq.

CJC/cr
cc: AUSA Joseph Rosenberg