

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 11, 2025

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Jose Antonio de Vargas Cuevas*, S1 25 Cr. 115 (JHR)

Dear Judge Rearden:

      In the original, two-count indictment in this case, 25 Cr. 115, the defendant's name was listed in the case caption as "Josue Abrahams Garcia." (ECF 10). After the original indictment was returned, the Government learned that the defendant's true name was Jose Antonio de Vargas Cuevas. Earlier today, a grand jury returned the above-captioned, five-count superseding indictment, S1 25 Cr. 115. (ECF 24). In the superseding indictment, the defendant's name is listed correctly as "Jose Antonio de Vargas Cuevas, a/k/a 'Josue Abrahams Garcia.'" (*Id.*) Because of the change in the defendant's name between the original and superseding indictments, members of the Magistrate Clerk's office have informed the Government that it should obtain a judicial order from Your Honor to ensure that the docket in this matter reflects the defendant's true name.

      Accordingly, the Government respectfully requests that Your Honor order that the docket in this matter be amended to reflect the defendant's true name, as displayed in the case caption of the superseding indictment filed at ECF 24, *i.e.*, "Jose Antonio de Vargas Cuevas, a/k/a 'Josue Abrahams Garcia.'"

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:  _____
      Joseph H. Rosenberg
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2326

cc (by ECF):   Counsel of record

Application GRANTED.

The Clerk of Court is directed to change the Defendant's name in the case caption from Josue Abrahams Garcia to **Jose Antonio de Vargas Cuevas, a/k/a "Josue Abrahams Garcia,"** as stated in the Superseding Indictment, ECF No. 24. The Clerk of Court is further directed to terminate ECF No. 25.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: August 11, 2025