UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 25 Cr. 115 (JHR) |
| -v.- | ORDER |
| JOSE ANTONIO DE VARGAS CUEVAS, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant may wish to enter a change of plea.  *See* ECF No. 27.  Accordingly, it is hereby ORDERED that, at **12:30 p.m.** on **August 22, 2025**, a plea proceeding shall take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: August 15, 2025
New York, New York

JENNIFER H. REARDEN
United States District Judge