UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 25 Cr. 115 (JHR) |
| JOSE ANTIONIO DE VARGAS CUEVAS, a/k/a "Josue Abrahams Garcia," | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

As discussed on the record during Defendant's change-of-plea proceeding on August 22, 2025, the Court hereby denies Defendant's Motions to Suppress and for Disclosure, ECF No. 18, as moot.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

Dated: August 26, 2025
New York, New York

JENNIFER H. REARDEN
United States District Judge